## INDEX OF DOCUMENTS FOR REQUESTED JUDICIAL NOTICE

| Ex. No. | Exhibit Description (with certain exhibits excerpted and highlighted pursuant to Local Rule CV-7(b)) |
|---|---|
| 1 | Off. of the Assistant Sec'y for Plan. & Evaluation, U.S. Dep't of Health & Hum. Servs., *Evidence on Surprise Billing: Protecting Consumers with the No Surprises Act*, U.S. Dep't Health & Hum. Servs. (Nov. 2021), https://aspe.hhs.gov/sites/default/files/documents/acfa063998d25b3b4eb82ae159163575/no-surprises-act-brief.pdf |
| 2 | Federal Independent Dispute Resolution (IDR) Process Guidance for Certified IDR Entities (Dec. 2023 Update to Mar. 2023 Guidance), https://www.cms.gov/files/document/federal-idr-guidance-idr-entities-march-2023.pdf |
| 3 | Federal Independent Dispute Resolution (IDR) Process Guidance for Disputing Parties (Dec. 2023 Update to Mar. 2023 Guidance), https://www.cms.gov/files/document/federal-idr-guidance-disputing-parties-march-2023.pdf |
| 4 | Federal Independent Dispute Resolution (IDR) Technical Assistance for Certified IDR Entities and Disputing Parties (June 2025), https://www.cms.gov/files/document/idr-ta-errors-after-dispute-closure.pdf |
| 5 | List of Certified Independent Dispute Resolution Entities (last visited Nov. 12, 2025), https://www.cms.gov/nosurprises/help-resolve-payment-disputes/certified-idre-list |
| 6 | Federal Independent Dispute Resolution (IDR) Technical Assistance for Certified IDR Entities (Aug. 2022), https://www.cms.gov/files/document/ta-certified-independent-dispute-resolution-entities-august-2022.pdf |
| 7 | U.S. Dep't of Health & Hum. Servs., U.S. Dep't of Lab. & U.S. Dep't of Treas., *Initial Report on the Independent Dispute Resolution (IDR) Process, April 15 – September 30, 2022*, at 10 (2022), https://www.cms.gov/files/document/initial-report-idr-april-15-september-30-2022.pdf |
| 8 | U.S. Dep't of Health & Hum. Servs., U.S. Dep't of Lab. & U.S. Dep't of Treas., *Supplemental Background on Federal Independent Dispute Resolution Public Use Files, July 1, 2024 – December 31, 2024* (2024), https://www.cms.gov/files/document/federal-idr-supplemental-background-2024-q3-2024-q4.pdf |
| 9 | Centers for Medicare & Medicaid *Services, No Surprises Act Independent Dispute Resolution Process Proposed Rule Fact Sheet* (last visited Nov. 12, 2025), https://www.cms.gov/newsroom/fact-sheets/no-surprises-act-independent-dispute-resolution-process-proposed-rule-fact-sheet |
| 10 | Centers for Medicare & Medicaid Services, *Independent Dispute Resolution Reports*, Federal IDR Public Use Files for 2024 Q3 and Q4 (as of May 28, 2025), available at: https://www.cms.gov/nosurprises/policies-and-resources/reports |