UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:25-CV-132-RWS |
| HALOMD, LLC, ALLA LAROQUE, and SCOTT LAROQUE, | § § § § | |
| Defendants. | § § | |

**DECLARATION OF GERALDINE YOUNG IN SUPPORT OF DEFENDANTS HALOMD, LLC, ALLA LAROQUE, AND SCOTT LAROQUE'S JOINT MOTIONS TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6) AND RELATED REQUEST FOR JUDICIAL NOTICE OF PUBLIC DOCUMENTS**

I, Geraldine Young, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Norton Rose Fulbright US LLP, which represents Defendants HaloMD, LLC; Alla LaRoque; and Scott LaRoque ("Defendants") in the above-captioned case. I am admitted to practice law in Texas and the U.S. District Court for the Eastern District of Texas. I am over 21 years of age, and I am competent to make this Declaration. The statements in this Declaration are true and made of my personal knowledge.

2. I submit this Declaration in Support of Defendants' Joint Motions to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) and Related Request for Judicial Notice of Public Documents ("Motion"), dated November 18, 2025, and filed concurrently with this Declaration.

1

3. Attached to the Motion as **Exhibit 1** is a true and correct highlighted copy of the public document and website found at: Off. of the Assistant Sec'y for Plan. & Evaluation, U.S. Dep't of Health & Hum. Servs., *Evidence on Surprise Billing: Protecting Consumers with the No Surprises Act*, U.S. Dep't Health & Hum. Servs. (Nov. 2021), https://aspe.hhs.gov/sites/default/files/documents/acfa063998d25b3b4eb82ae159163575/no-surprises-act-brief.pdf.

4. Attached to the Motion as **Exhibit 2** is a true and correct excerpted, highlighted copy of the public document and website found at: Federal Independent Dispute Resolution (IDR) Process Guidance for Certified IDR Entities (Dec. 2023 Update to Mar. 2023 Guidance), https://www.cms.gov/files/document/federal-idr-guidance-idr-entities-march-2023.pdf.

5. Attached to the Motion as **Exhibit 3** is a true and correct excerpted, highlighted copy of the public document and website found at: Federal Independent Dispute Resolution (IDR) Process Guidance for Disputing Parties (Dec. 2023 Update to Mar. 2023 Guidance), https://www.cms.gov/files/document/federal-idr-guidance-disputing-parties-march-2023.pdf.

6. Attached to the Motion as **Exhibit 4** is a true and correct highlighted copy of the public document and website found at: Federal Independent Dispute Resolution (IDR) Technical Assistance for Certified IDR Entities and Disputing Parties (June 2025), https://www.cms.gov/files/document/idr-ta-errors-after-dispute-closure.pdf.

7. Attached to the Motion as **Exhibit 5** is a true and correct highlighted copy of the public document and website found at: List of Certified Independent Dispute Resolution Entities (last visited Nov. 12, 2025), https://www.cms.gov/nosurprises/help-resolve-payment-disputes/certified-idre-list.

8. Attached to the Motion as **Exhibit 6** is a true and correct highlighted copy of the public document and website found at: Federal Independent Dispute Resolution (IDR) Technical Assistance for Certified IDR Entities (Aug. 2022), https://www.cms.gov/files/document/ta-certified-independent-dispute-resolution-entities-august-2022.pdf.

9. Attached to the Motion as **Exhibit 7** is a true and correct excerpted, highlighted copy of the public document and website found at: U.S. Dep't of Health & Hum. Servs., U.S. Dep't of Lab. & U.S. Dep't of Treas., *Initial Report on the Independent Dispute Resolution (IDR) Process, April 15 – September 30, 2022*, at 10 (2022), https://www.cms.gov/files/document/initial-report-idr-april-15-september-30-2022.pdf.

10. Attached to the Motion as **Exhibit 8** is a true and correct highlighted copy of the public document and website found at: U.S. Dep't of Health & Hum. Servs., U.S. Dep't of Lab. & U.S. Dep't of Treas., *Supplemental Background on Federal Independent Dispute Resolution Public Use Files, July 1, 2024 – December 31, 2024* (2024), https://www.cms.gov/files/document/federal-idr-supplemental-background-2024-q3-2024-q4.pdf.

11. Attached to the Motion as **Exhibit 9** is a true and correct highlighted copy of the public document and website found at: Centers for Medicare & Medicaid *Services*, *No Surprises Act Independent Dispute Resolution Process Proposed Rule Fact Sheet* (last visited Nov. 12, 2025), https://www.cms.gov/newsroom/fact-sheets/no-surprises-act-independent-dispute-resolution-process-proposed-rule-fact-sheet.

12. Attached to the Motion as **Exhibit 10** is a true and correct highlighted copy of the public document and website found at: Centers for Medicare & Medicaid Services, *Independent*

*Dispute Resolution Reports*, Federal IDR Public Use Files for 2024 Q3 and Q4 (as of May 28, 2025), available at: https://www.cms.gov/nosurprises/policies-and-resources/reports.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of November, 2025, in Houston, Texas.

*/s/ Geraldine Young*
Geraldine Young

4