# EXHIBIT 2

# Federal Independent Dispute Resolution (IDR) Process Guidance for Certified IDR Entities

### December 2023 Update to March 2023 Guidance

This guidance document is effective upon publication and is consistent with all relevant court cases and guidance **for items and services furnished on or after October 25, 2022 for plan years (in the individual market, policy years) beginning on or after January 1, 2022** by an out-of-network provider subject to the Requirements Related to Surprise Billing; Part II, 86 FR 55980, and Requirements Related to Surprise Billing; Final Rule, 87 FR 52618.

Items and services furnished before October 25, 2022 for plan years (in the individual market, policy years) beginning on or after January 1, 2022 are subject to a different guidance document, issued October 7, 2022 and updated December 15, 2023.

Please visit [www.cms.gov/nosurprises](www.cms.gov/nosurprises) for the most current guidance documents related to the Federal IDR Process.

This communication was printed, published, or produced and disseminated at U.S. taxpayer expense.





# Table of Contents

1. General Information and Background ................................................................................4
   1.1   Background ..................................................................................................................4
   1.2   Applicability .................................................................................................................6
   1.3   Purpose .........................................................................................................................7
   Steps Preceding the Federal IDR Process ................................................................................8
2. Overview of Steps Before the Federal IDR Process ...........................................................10
   2.1   Initial Payment or Notice of Denial of Payment ........................................................10
   2.2   Initiation of Open Negotiations ..................................................................................11
   2.3   Commencement of Open Negotiations ......................................................................12
3. Initiating the Federal IDR Process ......................................................................................13
   3.1   Timeframe ..................................................................................................................13
   3.2   Delivery of the Notice of IDR Initiation ....................................................................13
   3.3   Notice Content ............................................................................................................14
4. Federal IDR Process Following Initiation: Selection of the Certified IDR Entity ............15
   4.1   Timeframe ..................................................................................................................15
   4.2   Objection to the Initiating Party's Selection of the Certified IDR Entity ..................15
   4.3   Notice of Agreement or Failure to Agree on Selection of Certified IDR Entity .......15
   4.4   Instances When the Non-Initiating Party Believes That the Federal IDR Process Does Not
         Apply .........................................................................................................................16
   4.5   Failure to Select a Certified IDR Entity: Random Selection by the Departments .....17
   4.6   Certified IDR Entity Responsibilities After Selection ...............................................17
      4.6.1   Conflicts of Interest .............................................................................................17
      4.6.2   Determining Whether the Federal IDR Process Applies to the Dispute .............18
   4.7   Treatment of Batched Items or Services ....................................................................19
   4.8   Payment of Administrative Fees ................................................................................20
5. Payment Determination: Submission of Offers .................................................................20
   5.1   Content of Offers ........................................................................................................20
   5.2   Submission of Offers to the Certified IDR Entity .....................................................21
   5.3   Consequences of Failure to Submit an Offer .............................................................21
   5.4   Payment of Certified IDR Entity Fees and Administrative Fees and Consequences of a Failure
         to Pay the Fees ...........................................................................................................21
6. Payment Determination: Selection of Offer ........................................................................21


- 6.1 Timeframe ... 21
- 6.2 Factors and Information Certified IDR Entities Must Consider ... 22
  - 6.2.1 Definition of QPA ... 22
  - 6.2.2 Items Certified IDR Entities Must Consider ... 22
  - 6.2.3 Additional Information Submitted by a Party ... 23
- 6.3 Prohibited Factors ... 24
- 7. Written Decision ... 24
  - 7.1 Effect of Determination ... 25
- 8. Extension of Time Periods for Extenuating Circumstances ... 27
- 9. Recordkeeping and Reporting Requirements ... 28
- 10. Federal IDR Process Fees ... 32
  - 10.1 Administrative Fee ... 32
  - 10.2 Certified IDR Entity Fee ... 32
    - 10.2.1 Batched Claims, Certified IDR Entity Fee, and Administrative Fee ... 33
    - 10.2.2 Bundled Payments ... 33
- 11. Confidentiality Requirements ... 33
  - 11.1 Privacy ... 34
  - 11.2 Security ... 34
  - 11.3 Breach Notification ... 35
- 12. Revocation of Certification ... 36
  - 12.1 Procedures after Final Revocation for Incomplete Determinations ... 36
  - 12.2 Certified IDR Entity Administrative Fees for Incomplete Determinations ... 36
- Appendix A – Definitions ... 37
- Appendix B – Process Steps Summary and Associated Notices ... 40
- Appendix C – Resources ... 44

**IDR Guidance for Certified IDR Entities**

## Steps Preceding the Federal IDR Process

| TIMELINE | SUMMARY OF STEPS |
|---|---|
| **Start:** | A furnished covered item or service results in a charge for emergency items or services from an OON provider or facility, for non-emergency items or services from an OON provider with respect to a patient visit to certain types of in-network facilities, or for air ambulance services from an OON provider of air ambulance services. |
| **Within 30 calendar days** | **Initial Payment or Notice of Denial of Payment**<br>Must be sent by the plan, issuer, or carrier no later than ***30 calendar days*** after a bill is transmitted. |
| **30 business days** | **Initiation of Open Negotiation Period**<br>An open negotiation period must be initiated within ***30 business days*** beginning on the day the OON provider receives either an initial payment or a notice of denial of payment for the item or service from the plan, issuer, or carrier. |
| | **Open Negotiation Period**<br>Parties must exhaust a ***30-business-day*** open negotiation period before either party may initiate the Federal IDR Process. |

8

## Federal IDR Process Overview

The Departments may provide extensions to some of these time periods due to extenuating circumstances. See Section 9 for more information.

| TIMELINE | SUMMARY OF STEPS |
|---|---|
| **4 business days** | **Federal IDR Initiation**<br>Either party can initiate the Federal IDR Process by submitting a Notice of IDR Initiation to the other party and to the Departments within ***4 business days*** after the close of the open negotiation period. The notice must include the initiating party's preferred certified IDR entity. |
| **3-6 business days after initiation** | **Selection of Certified IDR Entity**<br>The non-initiating party can accept the initiating party's preferred certified IDR entity or object and propose another certified IDR entity. A lack of response from the non-initiating party **within 3 business days** will be deemed to be acceptance of the initiating party's preferred certified IDR entity. If the parties do not agree on a certified IDR entity, the Departments will randomly select a certified IDR entity on the parties' behalf. If random selection is necessary, the Departments will make the selection no later than ***6 business days*** after IDR initiation. The certified IDR entity may invoice the parties for administrative fees at the time of selection (administrative fees are due from both parties no later than the time of offer submission). |
| **3 business days after contingent selection** | **Certified IDR Entity Requirements**<br>Once contingently selected, within ***3 business days***, the certified IDR entity must submit an attestation that it does not have a conflict of interest and determine whether the Federal IDR Process is applicable, thereby finalizing the selection. |
| **10 business days after finalization of selection** | **Submission of Offers and Payment of Certified IDR Entity Fee**<br>Parties must submit their offers not later than ***10 business days*** after finalization of selection of the certified IDR entity. Each party must pay the certified IDR entity fee (which the certified IDR entity will hold in a trust or an escrow account), and the administrative fee when submitting its offer (unless the administrative fee has already been paid). If the certified IDR entity fee and administrative fee are not collected from a party, the certified IDR entity will not accept the non-paying party's offer. |
| **30 business days after finalization of selection** | **Selection of Offer**<br>A certified IDR entity has ***30 business days*** from the date of finalization of its selection to determine the payment amount and notify the parties and the Departments of its decision. The certified IDR entity must select one of the offers submitted. |
| **30 calendar/ business days after determination** | **Payments Between Parties of Determination Amount & Refund of Certified IDR Entity Fee**<br>Any amount due from one party to the other party must be paid not later than ***30 calendar days*** after the determination by the certified IDR entity. The certified IDR entity must refund the prevailing party's certified IDR entity fee within ***30 business days*** after the determination. |

9

- Have personnel, contractors, or subcontractors assigned to a determination who have, a material familial, financial, or professional relationship with a party to the payment determination being disputed. This extends to material relationships with any plan, officer, director, management employee, administrator, fiduciaries, or employees; the health care provider or the health care provider's group or practice association; the provider of air ambulance services or the provider of air ambulance services' group or practice association; or the facility that is a party to the dispute.

In addition, *the certified IDR entity must also ensure that any personnel decisions, such as hiring, compensation, or promotion, are not based on personnel supporting one party or a particular type of party*. Finally, personnel of the certified IDR entity must not have been party to the payment determination being disputed, or an employee or agent of such a party within the one-year period immediately preceding an assignment to a payment determination, similar to the requirements described in 18 U.S.C. §§ 207(b), (c), and (e).[18]

### 4.6.2 Determining Whether the Federal IDR Process Applies to the Dispute

In addition to checking for and submitting an attestation regarding conflicts of interest, the **certified IDR entity must determine whether the Federal IDR Process applies to the items and services that are the subject of the dispute.**

The Federal IDR process **does not apply** to items and services payable by Medicare, Medicaid, the Children's Health Insurance Program, or TRICARE. The Federal IDR Process also **does not apply** in instances where a specified state law or All-Payer Model Agreement under Section 1115A of the Social Security Act provides a method for determining the total OON amount payable under a group health plan or group or individual health insurance coverage.

The Federal IDR Process **does apply** to non-federal governmental plans, insured and self-insured plans sponsored by private employers, private employee organizations, or both (i.e., self-insured plans governed by Employee Retirement Income Security Act (ERISA)) and/or the Internal Revenue Code) in all states, **except** in cases in which a self-insured plan has opted to subject itself to a specified state law or All-Payer Model Agreement, as permitted under some states' laws. Similarly, in all states, the Federal IDR Process **does apply** to health benefits plans offered through the FEHB Program, where an OPM contract with an FEHB carrier does not provide that a specified state law will apply.

In some states, some items or services provided by OON providers, facilities, or providers of air ambulance services may be subject to the Federal IDR process, while other items and services are subject to a specified state law or All-Payer Model Agreement. For payment disputes regarding OON items or services furnished in these 'bifurcated states,' certified IDR entities are responsible for determining whether or not a dispute is eligible for the Federal IDR process.

---

[18] 18 U.S.C. § 207 imposes restrictions on former officers, employees, and elected officials of the executive and legislative branches of the government. Specifically, Section 207(b) provides a one-year restriction on aiding and advising, Section 207(c) provides a one-year restriction on certain senior personnel of the executive branch and independent agencies, and Section 207(e) provides restrictions on Members of Congress and officers and employees of the legislative branch.

18