# EXHIBIT 3

**IDR Guidance for Disputing Parties**

# Federal Independent Dispute Resolution (IDR) Process Guidance for Disputing Parties

### December 2023 Update to March 2023 Guidance

This guidance document is effective upon publication and is consistent with all relevant court cases and guidance **for items and services furnished on or after October 25, 2022 for plan years (in the individual market, policy years) beginning on or after January 1, 2022** by an out-of-network provider subject to the Requirements Related to Surprise Billing; Part II, 86 FR 55980, and Requirements Related to Surprise Billing; Final Rule, 87 FR 52618.

Items and services furnished before October 25, 2022 for plan years (in the individual market, policy years) beginning on or after January 1, 2022 are subject to a different guidance document, issued on October 7, 2022 and updated December 15, 2023 effective July 26, 2022.

Please visit www.cms.gov/nosurprises for the most current guidance documents related to the Federal IDR Process.

This communication was printed, published, or produced and disseminated at U.S. tax payer expense.



1

**IDR Guidance for Disputing Parties**

# Table of Contents

1. General Information and Background ......................................................................................... 4
   1.1   Background ........................................................................................................................ 4
   1.2   Purpose .............................................................................................................................. 6
   1.3   Applicability ....................................................................................................................... 6
   1.4   State Laws vs. Federal IDR Process ................................................................................... 7
2. Federal IDR Portal ....................................................................................................................... 8
3. Overview of Steps Before the Federal IDR Process .................................................................. 10
   3.1   Initial Payment or Notice of Denial of Payment ............................................................. 10
       3.1.1   Item or Service Provided Subject to the NSA ......................................................... 10
       3.1.2   Submission of Claim and Initial Payment or Notice of Denial of Payment ........... 10
   3.2   Requirement to Exhaust Open Negotiation Period ....................................................... 11
       3.2.1   Open Negotiation Initiation and Notice Requirements ......................................... 11
       3.2.2   Standard Open Negotiation Notice ........................................................................ 12
       3.2.3   Requirement to Exhaust Open Negotiation Period .............................................. 13
4. Initiating the Federal IDR Process ............................................................................................. 13
   4.1   Timeframe ....................................................................................................................... 13
   4.2   Delivery of the Notice of Federal IDR Initiation ............................................................. 14
   4.3   Notice Content ................................................................................................................ 14
5. Selection of the Certified IDR Entity ......................................................................................... 15
   5.1   Timeframe ....................................................................................................................... 15
   5.2   Objection to the Initiating Party's Preferred Certified IDR Entity .................................. 16
   5.3   Notice of Agreement or Failure to Agree on Selection of the Certified IDR Entity ....... 16
   5.4   Failure to Select a Certified IDR Entity: Random Selection by the Departments ......... 17
   5.5   Instances When the Non-Initiating Party Believes the Federal IDR Process Does Not Apply . 17
   5.6   Instances When a Party or the Parties Believe There is a Certified IDR Entity Conflict of Interest .......................................................................................................................... 18
   5.7   Authority for Parties to Continue Negotiation .............................................................. 19
   5.8   Payment of Administrative Fee ...................................................................................... 19
6. Submission of Offers and IDR Entity Fees ................................................................................. 20
   6.1   Submission of Offers ....................................................................................................... 20
       6.1.1   Required Information for Parties' Offer Submissions ........................................... 20
       6.1.2   Reporting if There is a Concern Regarding the QPA ............................................. 21
       6.1.3   Batched Items and Services ................................................................................... 21

      6.1.4    Bundled Items or Services ........................................................................................ 22

      6.1.5    Submission of Additional Requested Information ............................................ 22

      6.1.6    Consequences of a Failure to Submit an Offer.................................................. 23

  6.2    Payment of Certified IDR Entity and Administrative Fees ........................................ 23

  6.2.1   Payment Allocations and Timelines for Payment....................................................... 23

  6.2.2   Certified IDR Entity Fees Set in a Predetermined Range Specified by the  Departments ......... 24

7.    Factors and Information Certified IDR Entities Must Consider......................................... 24

  7.1    Timeframe ................................................................................................................... 24

  7.2    Factors and Information Certified IDR Entities Must Consider.................................... 24

  7.3    Definition of the QPA ................................................................................................. 25

  7.4    Certified IDR Entities Must Consider.......................................................................... 25

  7.5    Additional Information Submitted by a Party............................................................. 25

  7.6    Prohibited Factors........................................................................................................ 26

8.    Selection of Offer, Written Decision, and Effect of the Determination ............................... 27

  8.1    Offer Selection and Notification ................................................................................. 27

  8.2    Effect of Determination ............................................................................................... 27

  8.3    Subsequent IDR Requests and "Cooling Off" Period ................................................ 28

9.    Extension of Time Periods for Extenuating Circumstances ................................................ 29

10.  Federal IDR Process Fees .................................................................................................... 30

  10.1   Administrative Fee....................................................................................................... 30

  10.2   Certified IDR Entity Fee.............................................................................................. 31

      10.2.1   Batched Claims, Certified IDR Entity Fee, and Administrative Fee................. 31

      10.2.2   Bundled Payments .............................................................................................. 32

**Appendix A. Definitions** ............................................................................................................ 33

**Appendix B. Process Step Summary and Associated Notices** ............................................... 36

**Appendix C. Resources** ............................................................................................................. 39

3

**IDR Guidance for Disputing Parties**

## 2. Federal IDR Portal

The Departments have established the Federal IDR portal to administer the Federal IDR Process, available at https://www.nsa-idr.cms.gov. The Federal IDR portal must be used to satisfy various requirements, including initiation of the Federal IDR Process, selection of a certified IDR entity, and the submission of offers. (See additional information in Sections 4, 5, and 6 below.)

Use of the Federal IDR portal allows certified IDR entities and the Departments to ensure the timeline and process requirements of the Federal IDR Process are being met.

### Steps Preceding the Federal IDR Process

| TIMELINE | SUMMARY OF STEPS |
|---|---|
| Start: | A furnished covered item or service results in a charge for emergency items or services from an OON provider or facility, for non-emergency items or services from an OON provider with respect to a patient visit to certain types of in-network facilities, or for air ambulance services from an OON provider of air ambulance services. |
| Within 30 calendar days | **Initial Payment or Notice of Denial of Payment** — Must be sent by the plan, issuer, or carrier no later than *30 calendar days* after a bill is transmitted. |
| 30 business days | **Initiation of Open Negotiation Period** — An open negotiation period must be initiated within *30 business days* beginning on the day the OON provider receives either an initial payment or a notice of denial of payment for the item or service from the plan, issuer, or carrier. |
|  | **Open Negotiation Period** — Parties must exhaust a *30-business-day* open negotiation period before either party may initiate the Federal IDR Process. |

8

**IDR Guidance for Disputing Parties**

## Federal IDR Process Overview

The Departments may provide extensions to some of these time periods due to extenuating circumstances. See Section 9 for more information.

| TIMELINE | SUMMARY OF STEPS |
|---|---|
| **4 business days** | **Federal IDR Initiation**<br>Either party can initiate the Federal IDR Process by submitting a Notice of IDR Initiation to the other party and to the Departments within *4 business days* after the close of the open negotiation period. The notice must include the initiating party's preferred certified IDR entity. |
| **3-6 business days after initiation** | **Selection of Certified IDR Entity**<br>The non-initiating party can accept the initiating party's preferred certified IDR entity or object and propose another certified IDR entity. A lack of response from the non-initiating party **within 3 business days** will be deemed to be acceptance of the initiating party's preferred certified IDR entity. If the parties do not agree on a certified IDR entity, the Departments will randomly select a certified IDR entity on the parties' behalf. If random selection is necessary, the Departments will make the selection no later than *6 business days* after IDR initiation. The certified IDR entity may invoice the parties for administrative fees at the time of selection (administrative fees are due from both parties by the time of offer submission). |
| **3 business days after contingent selection** | **Certified IDR Entity Requirements**<br>Once contingently selected, within *3 business days*, the certified IDR entity must submit an attestation that it does not have a conflict of interest and determine whether the Federal IDR Process is applicable, thereby finalizing the selection. |
| **10 business days after finalization of selection** | **Submission of Offers and Payment of Certified IDR Entity Fee**<br>Parties must submit their offers not later than *10 business days* after finalization of selection of the certified IDR entity. Each party must pay the certified IDR entity fee (which the certified IDR entity will hold in a trust or an escrow account), and the administrative fee when submitting its offer (unless the administrative fee has already been paid). If the certified IDR entity fee and administrative fee are not collected from a party, the certified IDR entity will not accept the non-paying party's offer. |
| **30 business days after finalization of selection** | **Selection of Offer**<br>A certified IDR entity has *30 business days* from the date of finalization of its selection to determine the payment amount and notify the parties and the Departments of its decision. The certified IDR entity must select one of the offers submitted. |
| **30 calendar/ business days after determination** | **Payments Between Parties of Determination Amount & Refund of Certified IDR Entity Fee**<br>Any amount due from one party to the other party must be paid not later than *30 calendar days* after the determination by the certified IDR entity. The certified IDR entity must refund the prevailing party's certified IDR entity fee within *30 business days* after the determination. |

9

- ✓ Written information, including an attestation, regarding the applicability of the Federal IDR process;
- ✓ Non-initiating party's information regarding the inapplicability of the Federal IDR Process, as necessary; and
- ✓ Signature of a representative of the initiating party, full name, and date.

If the non-initiating party fails to respond to the initiating party's selection of a certified IDR entity, the initiating party's preferred certified IDR entity will be selected, unless that certified IDR entity is ineligible for another reason.

## 5.4     Failure to Select a Certified IDR Entity: Random Selection by the Departments

When the parties cannot agree on the selection of a certified IDR entity, the Departments will randomly select a certified IDR entity **no later than 6 business days** after the date of initiation of the Federal IDR Process and will notify the parties of the selection.[17] The certified IDR entity selected by the Departments will be one that charges a fee within the allowed range that can be found here).  If there is an insufficient number of certified IDR entities available that charge a fee within the allowed range, the Departments will randomly select a certified IDR entity that has approval to charge a fee outside of that range.

## 5.5     Instances When the Non-Initiating Party Believes the Federal IDR Process Does Not Apply

If the non-initiating party believes that the Federal IDR Process is not applicable, the non-initiating party must notify the Departments by submitting the relevant information through the Federal IDR portal as part of the certified IDR entity selection process. This information must be provided not later than **1 business day** after the end of the 3-business-day period for certified IDR entity selection (the same date that the notice of selection or of failure to select a certified IDR entity must be submitted). This notification must include information regarding the Federal IDR Process' inapplicability.

The certified IDR entity must determine whether the Federal IDR Process is applicable. The certified IDR entity must review the information submitted in the **Notice of IDR Initiation** and the notification from the non-initiating party claiming the Federal IDR Process is inapplicable, if one has been submitted, to determine whether the Federal IDR Process applies. If the Federal IDR Process does not apply, the certified IDR entity must notify the Departments and the parties within 3 business days of making that determination. While the matter is under review by the certified IDR entity, the timelines of the Federal IDR Process continue to apply, so the parties should continue to meet deadlines to the extent possible, as described in Section 9. Further, the Departments will maintain oversight of the applicability of the Federal IDR Process through their audit authority.

---

[17] A situation in which the non-initiating party does not object to the preferred certified IDR entity included in the initiating party's Notice of IDR Initiation, and the initiating party submits its preferred certified IDR entity on the Notice of Certified IDR Entity Selection, is not considered a failure to select a certified IDR entity.