# EXHIBIT 5



# List of certified independent dispute resolution entities

The Department of Health and Human Services, the Department of Labor, and the Department of the Treasury (the Departments) have certified these organizations to serve as independent dispute resolution (IDR) entities in the Federal IDR process between providers, facilities and providers of air ambulance services and group health plans, health insurance issuers and Federal Employees Health Benefits (FEHB) Program carriers.

If a provider or facility and a health plan cannot agree on the payment amount for an out-of-network service covered by No Surprises rules, these organizations can be selected to make a payment determination. Each certified IDR entity has been certified to operate in every state in which the Federal IDR process applies.

The list will be updated as additional organizations become certified. Learn more about the certification process.

| Legal Business Name & Website | Application ID | 2024 Fixed Fee (single determinations) | 2024 Fixed Batched Fee (for 2-25 line items in a batched dispute) | 2024 Fixed Tiered Fee (for every additional 25 line items in a batched dispute, beginning with the 26th line) | 2025 Fixed Fee (single determinations) | 2025 Fixed Batched Fee (for 2-25 line items in a batched dispute) | 2025 Fixed Tiered Fee (for every additional 25 line items within a batched dispute beginning the 26th l |
|---|---|---|---|---|---|---|---|
| C2C Innovative Solutions, Inc. | IDREApp-067 | $595 | $795 | $200 | $575 | $775 | $175 |
| Capitol Bridge, LLC | IDREApp-199 | N/A | N/A | N/A | $595 | $795 | $150 |
| EdiPhy Advisors, LLC | IDREApp-115 | $800 | $1,150 | $250 | $800 | $1,150 | $250 |
| Federal Hearings and Appeals Services, Inc. | IDREApp-107 | $395 | $490 | $75 | $435 | $545 | $85 |
| iMPROve Health | IDREApp-151 | $620 | $850 | $100 | $500 | $850 | $100 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Island Peer Review Organization (DBA: IPRO) | IDREApp-066 | $740 | $1,075 | $200 | $740 | $1,075 | $250 |
| Keystone Peer Review Organization, Inc. | IDREApp-113 | $600 | $800 | $100 | $600 | $800 | $100 |
| Livanta, LLC (DBA: Commence) | IDREApp-205 | N/A | N/A | N/A | $690 | $1,095 | $200 |
| Maximus Federal Services, Inc. | IDREApp-114 | $650 | $950 | $100 | $495 | $750 | $100 |
| MCMC Services, LLC | IDREApp-108 | $395 | $660 | $75 | $388 | $660 | $75 |
| Medical Evaluators of Texas (DBA: MET Healthcare Solutions) | IDREApp-116 | $375 | $575 | $100 | $375 | $600 | $200 |
| National Medical Reviews (DBA: National Medical Reviews, Inc.) | IDREApp-070 | $390 | $490 | $80 | $425 | $525 | $90 |
| Network Medical Review Company (DBA: Network Medical Review Company, Ltd.) | IDREApp-071 | $397 | $655 | $75 | $389 | $655 | $75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ProPeer Resources, LLC | IDREApp-110 | $640 | $1,170 | $200 | $600 | $800 | $175 |
| Provider Resources, Inc. | IDREApp-141 | $479 | $599 | $97 | $498 | $623 | $101 |

Page Last Modified:  09/19/2025 08:15 AM
Help with File Formats and Plug-Ins



   

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244