UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> HALOMD, LLC, ALLA LAROQUE, and SCOTT LAROQUE, <br><br> Defendants. | § § § § § § § § § § § § § § § §    CIVIL ACTION NO. 5:25-CV-132-RWS |

# **ORDER**

Pending before the Court is the Joint Motions to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) and Related Request for Judicial Notice of Public Documents (the "Motion"), filed by all Defendants HaloMD, LLC, Alla LaRoque, and Scott LaRoque ("Defendants"). After considering all relevant pleadings and filings and argument of counsel, it is the Court's opinion that the Motion should be GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Defendants' Motion is HEREBY GRANTED IN ALL RESPECTS, as follows:

1. All claims in Plaintiff Blue Cross Blue Shield of Texas's ("BCBSTX's") Complaint (ECF Nos. 2, 3) are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); and

2. The Court takes judicial notice of the public agency documents, cited in the Motion, listed in the Index and Declaration attached to the Motion, and separately attached to the Motion as Exhibits 1 to 10.

**IT IS SO ORDERED.**