## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, | § § § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:25-CV-132-RWS |
| v. | § § § | |
| HALOMD, LLC, ALLA LAROQUE, SCOTT LAROQUE, | § § § § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendants HaloMD, LLC ("HaloMD"), Alla LaRoque, and Scott LaRoque's Joint Motions to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) and Related Request for Judicial Notice of Public Documents. Docket No. 15. The motion (Docket No. 15) is **SET** for a hearing on **March 10, 2026** at **10 a.m.** in **Texarkana, Texas**.

**So ORDERED and SIGNED this 5th day of February, 2026.**

*[Signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE