**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY,<br><br>*Plaintiff*,<br><br>vs.<br><br>HALOMD, LLC, ALLA LAROQUE, and SCOTT LAROQUE,<br><br>*Defendants*. | Case No.    5:25-cv-00132 |

**NOTICE OF APPEAL**

Plaintiff Blue Cross Blue Shield of Texas hereby notices its appeal to the United States Court of Appeals for the Fifth Circuit of this Court's Order entered on May 22, 2026, granting Defendants' Motion to Dismiss. D.E. 64.

Dated: May 22, 2026

By:  */s/ Jamie R. Kurtz*

PATTON, TIDWELL & CULBERTSON

Kelly B. Tidwell
kbt@texarkanalaw.com
Geoffrey P. Culbertson
gpc@texarkanalaw.com
2800 Texas Boulevard
PO Box 5398
Texarkana, TX 75505
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

– and –

ROBINS KAPLAN LLP

Jamie R. Kurtz*
JKurtz@RobinsKaplan.com

- 1 -

Nathaniel J. Moore\*
NMoore@RobinsKaplan.com
John K. Harting\*
JHarting@RobinsKaplan.com
Kyle D. Nelson\*
KNelson@RobinsKaplan.com
Jackie Fielding\*
JFielding@RobinsKaplan.com
Joseph T. Janochoski\*
JJanochoski@RobinsKaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile:  (612) 339-4181

\*Admitted *pro hac vice*

*Attorneys for Plaintiff Blue Cross Blue Shield of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, a true and correct copy of the above was served via email through the Eastern District of Texas's CM/ECF system.

*/s/Jamie Kurtiz*
Jamie Kurtz

- 2 -